**Mary E. Brown, defendant in error, v. William A. Compton, plaintiff in error.**

Bill for accounting against attorney in connection with sale of real estate. Decree for complainant. Error to the Circuit Court of McDonough county; the Hon. Harry M. Waggoner and R. J. Grier, Judges, presiding. Heard in this court at the October term, 1922. Affirmed in part and reversed in part with directions. Opinion filed April 23, 1923.

Miller & Walker and Sherman & Bainum, for plaintiff in error. George V. Helfrich, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Mary Cordelia Morgan and Helen Morgan, appellees, v. Reliance Life Insurance Company of Pittsburgh, Pennsylvania, appellant.**

Suit on life insurance policy. Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1922. Reversed. Opinion filed April 23, 1923.

Moses, Rosenthal & Kennedy and Graham & Graham, for appellant. George M. Morgan and Patton & Patton, for appellees; William L. Patton, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**A. L. Bierbauer, administrator of the estate of J. H. Bierbauer, deceased, appellee, v. Joseph Werner, appellant.**

Suit for commissions on sale of farm. Judgment for amount claimed. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Chas. M. Peirce, for appellant. Morrissey, Sullivan & Rust, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**H. B. Krauel, appellant, v. The Decatur Lumber & Manufacturing Company, appellee.**

Suit for breach of contract for furnishing mill work. Judgment for defendant. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Gunn & Platt and Whitley & Fitzgerald, for appellant; J. T. Whitley, of counsel. Wiley & Morey and Vail, Pogue & Allen, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.